IN RE HILL

No. 207 PC.

Case below: 36 N.C. App. 765.

Petition by defendants for discretionary review under G.S. 7A-31 denied 29 August 1978.

IN RE SARVIS

No. 196 PC.

No. 97 (Fall Term).

Case below: 36 N.C. App. 476.

Petitions by plaintiff Sarvis and defendant Sprinkler Co. for discretionary review under G.S. 7A-31 allowed 29 August 1978.

JOHNSON v. TOWN OF LONGVIEW

No. 206 PC.

Case below: 37 N.C. App. 61.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 29 August 1978.

LAIL v. WOODS

No. 181 PC.

Case below: 36 N.C. App. 590.

Petition by defendant for discretionary review under G.S. 7A-31 denied 29 August 1978.

McBRIDE v. CAMPING CENTER

No. 163 PC.

Case below: 36 N.C. App. 370.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 29 August 1978.